UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STACEY MCCALLISTER BENT,

    Petitioner,

vs.                                  Case No.:  4:25cv170/MCR/MAF

ROBERT F. KENNEDY, JR.,

    Respondent.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on April 21, 2025. (Doc. 4). The Court furnished the Petitioner a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 4) is adopted and incorporated by reference in this order.

2. This case is transferred to the United States District Court for the Middle District of Florida, Jacksonville Division, under 28 U.S.C § 1406(a).

3. The Clerk shall effectuate the transfer and close the file in this Court.

**DONE AND ORDERED** this 23rd day of July 2025.

*M. Casey Rodgers*
────────────────────────
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**